UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DELBERT DOUGLAS,

Petitioner,

v.

WILLIAMS GITTERE, *et al.*,

Respondents.

Case No. 3:21-cv-00431-MMD-WGC

ORDER

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner applied to proceed in forma pauperis. (ECF No. 1.) But the Court finds that Petitioner is able to pay the filing fee of $5.00.

It is therefore ordered that the application to proceed in forma pauperis (ECF No. 1) is denied. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk of Court send Petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED THIS 1st Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE