UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>　　　　　　　Petitioner,<br>　v.<br>WILLIAMS GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:21-cv-00431-MMD-WGC<br><br>ORDER |

This is a habeas corpus action under 28 U.S.C. § 2254. The Court formally appointed the Federal Public Defender to represent Petitioner, and the Court set a briefing schedule for filing an amended petition and a response. (ECF No. 13.) On December 15, 2021, Petitioner filed a first amended petition as protection against possible untimeliness. (ECF No. 14.) Petitioner also filed a motion for leave to file a second amended petition, which would reflect counsel's judgment on the issues. (ECF No. 16.) Respondents do not oppose the motion. (ECF No. 17.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion for leave to file a second amended petition (ECF No. 16) is granted. Petitioner will have 120 days from the date of entry of this order to file a second amended petition for a writ of habeas corpus.

It is further ordered that the briefing schedule from the Court's order of December 1, 2021 (ECF No. 13) will apply upon filing of the second amended petition.

DATED THIS 4th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE