**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>                           Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>                           Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>**ORDER** |

Petitioner having filed an unopposed motion for enlargement of time (first request) (ECF No. 21), and good cause appearing;

It is therefore ordered that petitioner's unopposed motion for enlargement of time (first request) (ECF No. 21) is granted. Petitioner will have up to and including July 5, 2022, to file his second amended petition.

Dated: This 10th day of May 2022

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE