UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS, | Case No. 3:21-cv-00431-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 24), and good cause appearing;

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 24) is granted. Petitioner will have up to and including September 5, 2022, to file his amended petition.

DATED THIS 15th day of July 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1