UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>        Petitioner,<br> v.<br>WILLIAM GITTERE, et al.,<br><br>        Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

  Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 26), and good cause appearing;

  It is therefore ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 26) is granted. Petitioner will have up to and including October 6, 2022, to file his amended petition.

  DATED THIS 14th day of September 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE