UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>                         Petitioner,<br>    v.<br>WILLIAM GITTERE, et al.,<br><br>                         Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

    Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF No. 28), and good cause appearing;

    It is therefore ordered that Petitioner's unopposed motion for extension of time (fourth request) (ECF No. 28) is granted. Petitioner will have up to and including November 7, 2022, to file his amended petition.

    DATED THIS 11th day of October 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1