UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>                           Petitioner,<br><br>  v.<br><br>WILLIAM GITTERE, et al.,<br><br>                          Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

      Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 34), and good cause appearing;

      It is therefore ordered that Respondents' unopposed motion for extension of time (second request) (ECF No. 34) is granted. Respondents will have up to and including April 21, 2023, to file their response to the second amended petition.

      DATED THIS 23rd day of March 2023.

 

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1