UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

　　　Petitioner Delbert Douglas has filed an unopposed motion for extension of time. (ECF No. 43.) This is Douglas's first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

　　　It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 43) is granted. Petitioner has up to and including July 15, 2024, to file his third-amended petition.

　　　DATED THIS 18th day of April 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1