UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>    Petitioner,<br>  v.<br>WILLIAM GITTERE, et al.,<br><br>    Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for an extension of time to file their response to Petitioner Delbert Douglas's Third-Amended Petition. (ECF No. 48.) This is Respondents' first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 48) is granted. Respondents have up to and including November 12, 2024, to file their response.

Dated this 20th day of September 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1