UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>　　　　　　Petitioner,<br>　v.<br>WILLIAM GITTERE, et al.,<br><br>　　　　　　Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

　　　Respondents have filed an unopposed motion for an extension of time to file their response to Petitioner Delbert Douglas's Third-Amended Petition. (ECF No. 50.) This is Respondents' second request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

　　　It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 50) is granted. Respondents have up to and including December 27, 2024, to file their response.

　　　Dated this 18th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE