UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS, | Case No. 3:21-cv-00431-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Respondents have filed an unopposed motion for an extension of time to file their response to Petitioner Delbert Douglas's Third-Amended Petition. (ECF No. 52.) This is Respondents' third request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 52) is granted. Respondents have up to and including January 26, 2025, to file their response.

Dated this 3rd day of January, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1