UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS, | Case No. 3:21-cv-00431-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner Delbert Douglas has filed an unopposed motion for an extension of time to file his opposition to Respondents' motion to dismiss. (ECF No. 64.) This is Douglas's second request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 64) is granted. Douglas has up to and including May 12, 2025, to file his opposition.

Dated this 15th day of April 2025.


_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE