UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>                    Petitioner,<br>    v.<br>WILLIAM GITTERE, et al.,<br><br>                    Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

This matter is before the Court on Respondents' unopposed motion for a 30-day extension of time to file their reply to Petitioner Delbert Douglas's opposition to the motion to dismiss. (ECF No. 72.) This is Respondents' first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 72) is granted. Respondents have up to and including July 3, 2025, to file their reply.

Dated this 6th day of June 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1