UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

　　This matter is before the Court on Petitioner Delbert Douglas's motion to exceed page limit. (ECF No. 71.) Douglas explains that his opposition to the motion to dismiss is 42 pages long. Respondents have not opposed the motion, and their time for doing so has now expired. The Court finds good cause exists to grant the motion.

　　This matter is also before the Court on Respondents' unopposed motion for a 28-day extension of time to file their reply to Douglas's opposition to the motion to dismiss. (ECF No. 74.) This is Respondents' second request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

　　It is therefore ordered that the motion to exceed page limit (ECF No. 71) is granted.

　　It is further ordered that the unopposed motion for extension of time (ECF No. 74) is granted. Respondents have up to and including July 31, 2025, to file their reply.

　　Dated this 10th day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1