UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>                 Petitioner,<br>    v.<br>WILLIAM GITTERE, et al.,<br><br>                 Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

      This matter is before the Court on Petitioner Delbert Douglas's unopposed motion for a 30-day extension of time to respond to this Court's Order, dismissing, in part, his Third-Amended Petition. (ECF No. 78.) This is Douglas's first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

      It is therefore ordered that the unopposed motion for extension of time (ECF No. 78) is granted. Douglas has up to and including October 15, 2025, to file his response.

      DATED THIS 16th day of September 2025.

ANNE R. TRAUM  
UNITED STATES DISTRICT JUDGE

1