UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS,<br><br>                        Petitioner,<br>    v.<br>WILLIAM GITTERE, et al.,<br><br>                       Respondents. | Case No. 3:21-cv-00431-ART-CSD<br><br>ORDER |

      On August 15, 2025, this Court granted, in part, Respondents' motion to dismiss Petitioner Delbert Douglas's Third-Amended Petition. (ECF No. 77.) As is relevant here, this Court found that grounds 1b and 4a are unexhausted and ordered Douglas to indicate how he wishes to proceed with his mixed petition. (*Id.*) Douglas has now filed a motion for voluntary dismissal of grounds 1b and 4a. (ECF No. 80.) This Court finds that good cause exists to grant the motion.

      It is therefore ordered that the motion (ECF No. 80) is granted. Grounds 1b and 4a of the Third-Amended Petition are dismissed. Respondents have 60 days from the date of this Order to file their answer to the remaining grounds in the Third-Amended Petition. Douglas will then have 30 days to file his reply.

      DATED THIS 8th day of October 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1