UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DELBERT DOUGLAS,

Petitioner,

v.

WILLIAM GITTERE, et al.,

Respondents.

Case No. 3:21-cv-00431-ART-CSD

ORDER

This matter is before the Court on Respondent's unopposed motion for a 45-day extension of time to file their answer to the remaining claims in Petitioner Delbert Douglas's Third-Amended Petition. (ECF No. 84.) This is Respondents' second request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 84) is granted. Respondents have up to and including March 23, 2026, to file their answer.

DATED THIS 13th day of February 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1