UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS, | Case No. 3:21-cv-00431-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

This matter is before the Court on Respondents' unopposed motion for a 15-day extension of time to file their answer to the remaining claims in Petitioner Delbert Douglas's Third-Amended Petition. (ECF No. 88.) This is Respondents' fourth request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 88) is granted. Respondents have up to and including May 7, 2026, to file their answer.

DATED THIS 27th day of April 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1