UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT DOUGLAS, | Case No. 3:21-cv-00431-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, | |
| Respondent. | |

This matter is before the Court on Petitioner Delbert Douglas's unopposed motion for a 91-day extension of time to file his reply to his Third-Amended Petition. (ECF No. 91.) This is Douglas's first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 91) is granted. Douglas has up to and including September 7, 2026, to file his reply.

DATED THIS 16th day of June 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1