UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DELBERT DOUGLAS,

Petitioner,

v.

WILLIAM GITTERE,

Respondent.

Case No. 3:21-cv-00431-ART-CSD

ORDER

This matter is before the Court on Petitioner Delbert Douglas's unopposed motion for a 30-day extension of time to file his reply to his Third-Amended Petition. (ECF No. 95.) This is Douglas's third request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 95) is granted. Douglas has up to and including December 9, 2026, to file his reply.

DATED THIS 10th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE